IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| INNERCITY FIBERNET, LLC, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ZAYO GROUP, LLC, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No.: 3:15-cv-894 -D |

ORDER ON JOINT MOTION TO STAY LITIGATION

THIS MATTER is before the Court on the parties' Joint Motion to Stay Litigation, filed on June 3, 2015.  The Court finds that good cause exists to grant the motion, as the parties have agreed to pursue arbitration of this matter with the American Arbitration Association..  It is therefore ORDERED, ADJUDGED, and DECREED that this case is hereby stayed pending the outcome of the arbitration.  The Court recognizes that each party has reserved the right to petition the Court to re-open this case if that party intends to seek any relief, including any injunctive relief, from the Court.  The court directs the clerk of court to close this case for statistical purposes, without prejudice to reopening the case on a party's motion or on the court's order.

This the  3rd   day of June, 2015.

_____
US DISTRICT COURT JUDGE

AGREED:

| | |
|---|---|
| ASHEVILLE LAW GROUP | PILLSBURY WINTHROP SHAW PITTMAN, LLP |
| /S/ Michael G. Wimer <br> Michael G. Wimer | /S/ Michael J. Finnegan <br> Michael J. Finnegan |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

ORDER  - Page Solo